No. 508. WOODLAND TERRACE, INC., *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Frederick Bernays Wiener, J. C. Long, W. Turner Logan* and *Louis M. Shimel* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.

No. 512. SCOTT PUBLISHING Co., INC., *v.* COLUMBIA BASIN PUBLISHERS, INC., ET AL. C. A. 9th Cir. Certiorari denied. *Herbert W. Clark* and *Robert D. Raven* for petitioner. *Alfred J. Schweppe, Sidney Dickstein* and *David I. Shapiro* for respondents.

No. 515. ROOT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Oberdorfer, A. F. Prescott* and *Norman H. Wolfe* for the United States.

No. 518. BOARD OF EDUCATION OF NEW ROCHELLE ET AL. *v.* TAYLOR ET AL. C. A. 2d Cir. Certiorari denied. *Julius Weiss* and *Murray C. Fuerst* for petitioners. *Constance Baker Motley* and *Jack Greenberg* for respondents.

No. 427. VIRGINIA PETROLEUM JOBBERS ASSN. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

MR. JUSTICE BLACK, with whom MR. JUSTICE DOUGLAS concurs, dissenting from denial of certiorari.

This case raises a very important question which I think we should grant certiorari to settle. That question is whether the Federal Power Commission has authority